844

No. 04–10278. SELF v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–10279. SYRIANI v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–10280. REED v. HOME DEPOT U. S. A., INC. C. A. 8th Cir. Certiorari denied.

No. 04–10281. PAALAN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–10282. JANNEH v. ENDVEST, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–10285. DOWNING v. HELLING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10286. RAMOS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–10289. MCCREARY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 04–10290. JONES v. GREER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–10291. MOATS v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA; MOATS v. WHETSTONE ET AL.; MOATS v. WHETSTONE ET AL.; and MOATS v. WHETSTONE ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10297. DORSETT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–10298. BOETTNER v. RAIMER ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–10299. DANNENBERG v. BROWN, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 04–10300. COX v. BURGER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 04–10301. WARFIELD v. DOLLISON. C. A. 8th Cir. Certiorari denied.